UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT DOUGLAS PETERSON,

                Petitioner,

    v.

NETHANJAH BREITENBACH, *et al.*,

                Respondents.

Case No. 3:24-cv-00274-ART-CSD

ORDER

       This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Robert Douglas Peterson, an individual incarcerated at Nevada's Lovelock Correctional Center. On June 28, 2024, the Court received from Peterson a *pro se* Petition for Writ of Habeas Corpus (ECF No. 1-1) and a Motion for Appointment of Counsel (ECF No. 1-2).

       Peterson has not paid the $5 filing fee for this action, and he has not filed an Application to Proceed *in Forma Pauperis*. He will be required to do one or the other. However, the Court will not set a deadline for Peterson to do so until after appointed counsel appears for him.

       Prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. Peterson's filings indicate that this action may give rise to one or more complex procedural issues, and that Peterson will not be able to litigate those *pro se.* The Court finds that

1 appointment of counsel is in the interests of justice. The Court will grant
2 Peterson's Motion for Appointment of Counsel (ECF No. 1-2).

3       The Court has examined Peterson's habeas petition, pursuant to Rule 4 of
4 the Rules Governing Section 2254 Cases in the United States District Courts and
5 determines that it merits service upon the respondents. The Court will order the
6 petition served upon the respondents, and will direct the respondents to appear,
7 but will not require any further action on their part at this time.

8       It is therefore ordered that the Clerk of the Court is directed to separately
9 file the Petition for Writ of Habeas Corpus (ECF No. 1-1), and the Motion for
10 Appointment of Counsel (ECF No. 1-2).

11       It is further ordered that Petitioner's Motion for Appointment of Counsel
12 (ECF No. 1-2) is granted. The Federal Public Defender for the District of Nevada
13 (FPD) is appointed to represent the petitioner. If the FPD is unable to represent
14 the petitioner, because of a conflict of interest or for any other reason, alternate
15 counsel will be appointed. In either case, counsel will represent the petitioner in
16 all federal court proceedings relating to this matter, unless allowed to withdraw.

17       It is further ordered that the Clerk of the Court is directed to electronically
18 serve upon the FPD a copy of this order, together with a copy of the Petition for
19 Writ of Habeas Corpus (ECF No. 1-1).

20       It is further ordered that the FPD will have 30 days from the date of this
21 order to file a notice of appearance or to indicate to the Court its inability to
22 represent the petitioner in this case.

23       It is further ordered that the Clerk of the Court is directed to add Aaron
24 Ford, Attorney General of the State of Nevada, as counsel for Respondents and
25 to provide Respondents an electronic copy of all items previously filed in this
26 case by regenerating the Notice of Electronic Filing to the office of the Attorney
27 General only.

28

It is further ordered that the respondents will have 30 days from the date of this order to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

DATED THIS 12th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE