UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DOUGLAS PETERSON,<br><br>       Petitioner,<br><br> v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>       Respondents. | Case No. 3:24-cv-00274-ART-CSD<br><br>ORDER |

  In this habeas corpus action, the petitioner, Robert Douglas Peterson, represented by appointed counsel, was due to file an amended habeas petition by November 14, 2024. (*See* ECF No. 9 (90 days from entry of order for amended petition; order, though dated August 15, entered August 16)). On November 13, Peterson filed a motion for extension of time (ECF No. 10) requesting an extension to February 11, 2025, an 89-day extension. Peterson's counsel states that the extension is necessary because of the time needed to obtain records. Peterson's counsel represents that Respondents do not oppose the motion. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

  It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 10) is granted. Petitioner will have until and including February 11, 2025, to file an amended petition. In all other respects, the schedule for further proceedings set forth in the order entered August 16, 2024 (ECF No. 9) will remain in effect.

  DATED THIS 27th day of November 2024.

                _____
                ANNE R. TRAUM
                UNITED STATES DISTRICT JUDGE