UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DOUGLAS PETERSON, | Case No. 3:24-cv-00274-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, on February 27, 2025, the Court granted Petitioner Robert Douglas Peterson, who is represented by appointed counsel, leave of court to conduct certain discovery. (ECF No. 19.) Specifically, the Court granted Peterson "leave of court to serve upon the Mineral County District Attorney's Office a subpoena to obtain a complete copy of the discovery that office disclosed to his trial counsel and/or the documents made available to his trial counsel before he entered his guilty pleas." (*Id.* at 4–5.) The Court ordered that Peterson was to serve the subpoena upon the Mineral County District Attorney's Office within 14 days from the date of entry of the order. (*Id.* at 5.) And the Court ordered that Peterson was to file a notice informing the Court of the Mineral County District Attorney's Office's response to the subpoena within 7 days after receiving such response. (*Id.*)

On April 14, Peterson filed a notice (ECF No. 20) stating:

> Peterson served a subpoena on the Mineral County District Attorney's Office on March 13, 2025. On April 7, 2025, the Mineral County District Attorney T. Jaren Stanton responded to the subpoena. Stanton informed undersigned counsel that his office had mailed a flash drive containing a copy of the discovery disclosed to or made available to trial counsel in *State v. Peterson*, Case No. CR-2660. As of the filing of this notice, undersigned counsel has not yet received the flash drive in the mail. Stanton also stated that the District Attorney's Office is aware of media files that are responsive to the subpoena but are not currently in the possession of that office. Stanton said that his office is working with law enforcement

1

1

2

agencies to locate and produce those files. He anticipated it would take until May 14, 2025, to produce those files.

(ECF No. 20 at 2.)

3

4

5

6

7

8

9

10

Then, after more than three months without any indication that the discovery was completed, on August 5, the Court entered an order requiring Peterson to file a notice providing an update regarding this matter. (ECF No. 22.) On August 12, Peterson responded, stating that the Mineral County District Attorney informed his counsel that they anticipated being able to produce the remaining discovery by approximately August 25. (ECF No. 23.) But another two months has passed with no activity in the case. The Court will again require Peterson to file a notice providing an update regarding this matter.

11

12

It is therefore ordered that Petitioner must, within 7 days of the entry of this order, file a notice informing the Court of the status of the discovery.

13

14

DATED THIS 24th day of October 2025.

15

16

17

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28